IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GETHSEMANE FBH CHURCH OF GOD, | : | CIVIL ACTION |
| | : | NO. 19-CV-03677 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE INSURANCE COMPANY | : | |
| also d/b/a SCOTTSDALE INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **7th** day of **April, 2020,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Defendant's motion for summary judgment (ECF No. 9) is **GRANTED**.

It is further **ORDERED** that Defendant's motion for leave to file a reply (ECF No. 11) is **DENIED as moot**.

It is further **ORDERED** that the case shall be marked closed.

**AND IT IS SO ORDERED.**

   */s/ Eduardo C. Robreno*
   *EDUARDO C. ROBRENO,    J.*